In the Matter of the Application of the UNITED STATES OF AMERICA, Appellant, for Leave to Sue the CENTURY INDEMNITY COMPANY, Respondent, under Section 20 of the Public Officers Law of New York.— Order reversed, with twenty dollars costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to affirm.  [169 Misc. 61.]

In the Matter of the Application of RAYMOND B. LYONS and DAVID C. POWELL, Petitioners, Appellants, for Themselves and on Behalf of All Others Similarly Situated with Respect to Compensation Received for Work in Compressed Air, for an Order Pursuant to Article 78 of the Civil Practice Act, against ALFRED B. JONES, Chairman, ALBERT T. JOHNSON and WILLIAM H. FRIEDMAN, Constituting the New York City Tunnel Authority, Respondents.— Order unanimously affirmed,

with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.